**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARK ANDREW SCOTT, as Special Administrator of the Estate of MELISSA MARIE SCOTT, deceased,<br><br>   Plaintiff,<br><br>   -vs-<br><br>BAXTER INTERNATIONAL, INC., a corporation, and BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>   Defendants. | Case No. 08-CV-2058<br><br>Judge Gettleman<br><br>Magistrate Judge Keys |

**NOTICE OF MOTION**

To:   Leslie M. Smith
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Suite 6100
      Chicago, Illinois 60611

On **Tuesday, April 22, 2008**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, in Room 1703, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Remand, which has previously been filed.

NOLAN LAW GROUP

By:   *s/ Donald J. Nolan*
      One of Attorneys for Plaintiff

(#36211)
NOLAN LAW GROUP
20 N. Clark, 30th Floor
Chicago, IL 60602
(312) 630-4000

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2008, the foregoing Plaintiff's Notice of Motion and Motion to Remand were filed electronically with the Court. Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

*s/ Corinne A. Brayman*
Corinne A. Brayman
