**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08-CV-2058 |

MARK ANDREW SCOTT, as Special Administrator of the
Estate of MELISSA MARIE SCOTT, deceased,
v.
BAXTER INTERNATIONAL, INC., a corporation, and
BAXTER HEALTHCARE CORPORATION, a corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK ANDREW SCOTT, plaintiff

| NAME (Type or print) |
|---|
| Paul R. Borth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul R. Borth |
| FIRM |
| Nolan Law Group |
| STREET ADDRESS |
| 20 North Clark, 30th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6226633 | 312-630-4000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐