**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-CV-2058

MARK ANDREW SCOTT, as Special Administrator of the
Estate of MELISSA MARIE SCOTT, deceased,
v.
BAXTER INTERNATIONAL, INC., a corporation, and
BAXTER HEALTHCARE CORPORATION, a corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK ANDREW SCOTT, plaintiff

| | |
|---|---|
| NAME (Type or print) William J. Jovan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ William J. Jovan | |
| FIRM Nolan Law Group | |
| STREET ADDRESS 20 North Clark, 30th Floor | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1371177 | TELEPHONE NUMBER 312-630-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |