## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK ANDREW SCOTT as Special Administrator of the Estate of MELISSA MARIE SCOTT, deceased, | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 1:08-CV-02058 |
| v. | ) ) | |
| BAXTER INTERNATIONAL INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation, | ) ) ) ) | |
| Defendants. | ) | |

### CORPORATE DISCLOSURE STATEMENT OF BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION

COME NOW Defendants Baxter International Inc. ("BII") and Baxter Healthcare Corporation ("BHC"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, and certifiy that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of BHC or BII:

   A.  BHC is a wholly-owned subsidiary of BII. BII owns 100% of the stock issued by BHC.

   B.  BII is a publicly traded corporation.  BII has no parent corporation, and no publicly traded corporation owns 10% or more of the stock issued by BII.

   DATED:  April 21, 2008.

                                                  Respectfully submitted,

                                                            /s/ Leslie M. Smith, P.C.
                                                Leslie M. Smith, P.C.,
                                                Attorney No. 6196244
                                                Kirkland & Ellis LLP
                                                200 East Randolph Drive
                                                Chicago, IL 60601
                                                telephone:  (312) 861-2000
                                                facsimile:  (312) 861-2200

## **CERTIFICATE OF SERVICE**

I, Leslie M. Smith, P.C. do hereby certify that on the 21st day of April, 2008, I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF BAXTER INTERNATIONAL INC. AND BAXTER HEALTHCARE CORPORATION** to be served on Plaintiff's counsel via overnight delivery:

>Donald J. Nolan, Esq.
>NOLAN LAW GROUP
>20 North Clark Street, 30th Floor
>Chicago, Illinois  60602
>Tel: (312) 630-4000

/s/ Leslie M. Smith P.C.
Leslie M. Smith, P.C.