**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MARK ANDREW SCOTT, as Special Administrator of the Estate of MELISSA MARIE SCOTT, deceased, <br><br> Plaintiff, <br><br> v. <br><br> BAXTER INTERNATIONAL INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-CV-02058 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF MOTION**

Defendants Baxter International Inc. and Baxter Healthcare Corporation ("Defendants") hereby give notice of their Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation. Defendants shall appear before the Court on Wednesday, April 30, 2008 at 9:15 a.m., or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 21st day of April, 2008.

                                                        Respectfully submitted,

                                                     /s/ Leslie M. Smith, P.C.
                                         Leslie M. Smith, P.C., Attorney No. 6196244
                                         Kirkland & Ellis LLP
                                         200 East Randolph Drive
                                         Chicago, IL 60601
                                         telephone: (312) 861-2000
                                         facsimile: (312) 861-2200

## CERTIFICATE OF SERVICE

I, Leslie M. Smith, P.C. do hereby certify that on April 21, 2008, I caused a copy of the foregoing **NOTICE OF MOTION** to be served on Plaintiff's counsel by electronic mail and overnight delivery:

>Donald J. Nolan, Esq.
>NOLAN LAW GROUP
>20 North Clark Street, 30th Floor
>Chicago, Illinois  60602
>PRB@nolan-law.com
>Tel: (312) 630-4000

This the 21st day of April, 2008.

>/s/ Leslie M. Smith, P.C.
>Leslie M. Smith, P.C.