**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mark Andrew Scott
                    Plaintiff,

v.                                         Case No.: 1:08−cv−02058
                                          Honorable Robert W. Gettleman

Baxter International, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

     MINUTE entry before Judge Honorable Robert W. Gettleman: Motion hearing held on 4/22/2008. Motion to stay [12] is granted except for the motion to remand [5]. Response to motion to remand is due by 5/13/2008. Reply is due by 5/20/2008. Status hearing set for 6/26/2008 at 09:00 a.m. mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.