## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2058 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Mark Andrew Scott     vs     Baxter International, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to the conditional transfer order, (CTO-1),   this action is transferred under 28 U.S.C. §1407 to the Northern District of Ohio,  MDL Docket No.1953 in re: Heparin Products Liability Litigation.

[Docketing to mail notice]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|