

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
(312) 435-5691

Northern District of Ohio
Carl B. Stokes United States
Court House
801 West Superior Avenue
Cleveland, OH 44113

**RE: Scott v. Baxter International, Inc. et al**

**Case No:  08cv2058**
         **MDL 1953**

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on June 17, 2008

■     was electronically  transmitted to Northern District of Ohio

Please acknowledge receipt on the enclosed copy of this letter.

                                   Sincerely yours,

                                   Michael W. Dobbins, Clerk

                                   By:     Kinielle Johnson
Enclosures

New Case No. _____     Date _____