Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2058 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Mark Scott   vs   Baxter International | | |

**DOCKET ENTRY TEXT:**

Plaintiff's agreed motion [22] for order of remand is granted and this case is ordered REMANDED to the Circuit Court of Cook County, Ill.

[For further detail see separate order]
[Docketing to mail notice]

00:00



| | Courtroom Deputy | GDS |
|---|---|---|