

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARK ANDREW SCOTT, as Special )
Administrator of the Estate of )
MELISSA MARIE SCOTT, deceased, )
)
                     Plaintiff, )
) Case No. 08-CV-2058
    -vs- )
)
BAXTER INTERNATIONAL, INC., a corporation, ) Judge Robert W. Gettleman
and BAXTER HEALTHCARE CORPORATION, )
a corporation, )
)
                     Defendants. )

## ORDER OF REMAND

This cause coming on to be heard on the motion of the parties, Plaintiff, MARK ANDREW SCOTT, as Special Administrator of the Estate of MELISSA MARIE SCOTT, deceased, and Defendants, BAXTER INTERNATIONAL, INC., a corporation and BAXTER HEALTHCARE CORPORATION, a corporation, for entry of an order remanding this case to the Circuit Court of Cook County, due notice given and the Court being fully advised in the premises;

IT IS HEREBY ordered:

1)     That the parties' motion for remand of this case is granted.

2)     This case is remanded to the Circuit Court of Cook County for discovery and trial under the terms and conditions set forth in the parties' stipulation for the remand of this case which was attached to their motion as Exhibit A.

This 2nd day of September, 2008.

                                                            _/s/ Robert W. Gettleman_
                                                            Judge Robert W. Gettleman
                                                            United States District Court